In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00385-CR
NO. 09-13-00386-CR

_____

JOSEPH CLYDE BODWIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause Nos. 05-95256 and 05-95258

## MEMORANDUM OPINION

Pursuant to plea bargain agreements, appellant Joseph Clyde Bodwin pleaded guilty to two charges of aggravated robbery. In each case, the trial court found the evidence sufficient to find Bodwin guilty, but deferred further proceedings and placed Bodwin on community supervision for ten years. The State subsequently filed a motion to revoke Bodwin's unadjudicated community supervision in each case. In both cases, Bodwin pleaded "true" to four violations of

1

the conditions of his community supervision. In each case, the trial court found that Bodwin had violated the conditions of his community supervision, found Bodwin guilty of both charges of aggravated robbery, and assessed punishment at twenty years of confinement. The trial court ordered that the sentences would run concurrently.

Bodwin's appellate counsel filed briefs that present counsel's professional evaluation of the records and conclude the appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On October 16, 2013, we granted an extension of time for Bodwin to file *pro se* briefs. We received no response from Bodwin. We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

---

[1]Bodwin may challenge our decision in these cases by filing petitions for discretionary review. *See* Tex. R. App. P. 68.

Submitted on January 27, 2014
Opinion Delivered March 5, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.